**Order entered November 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00497-CV

## YADA SMITH AND/OR ALL OTHER OCCUPANTS, Appellants

## V.

## BENEFICIAL FINANCIAL INC., SUCCESSORS AND ASSIGNS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00031-E**

## ORDER

We **GRANT** appellants' November 6, 2014 verified motion for continuance and

**ORDER** the brief be filed no later than December 10, 2014. Appellants are cautioned that no

further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
       JUSTICE